IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA (Pensacola)

| | |
|---|---|
| RUSSELL K. SHARBAUGH,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN C. BEAUDRY, et al.,<br>　　　　Defendants. | : No. 3:16-CV-126<br>:<br>: Chief Judge M. Casey Rodgers<br>: Magistrate Judge Elizabeth M. Timothy<br>:<br>: CIVIL ACTION – LAW<br>: JURY TRIAL DEMANDED |

## QUALIFIED PROTECTIVE ORDER

AND NOW, this 1st day of July, 2016, it is **HEREBY ORDERED** as follows:

(1) The current parties (and their attorneys) and any future parties (and their attorneys) to the above-captioned matter are hereby authorized to receive, subpoena, and transmit "protected health information" (also referred to herein as "PHI") pertaining to **RICKY DEAN MARTIN,** to the extent and subject to the conditions outlined herein.

(2) For the purposes of this Qualified Protective Order, "PHI" or "protected health information" shall have the same scope and definition as set forth in 45 CFR 160.103 and 164.501. Without limiting the generality of the foregoing, "PHI" includes, but is not limited to, health information, including demographic information, relating to either, (a) the past, present or future physical or mental condition of an individual, (b) the provision of care to an individual, or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

(3) All "covered entities" (as defined by 45 CFR 160.103) are hereby authorized to disclose PHI pertaining to **RICKY DEAN MARTIN** to all attorneys now of record in this matter or who may become of record in the future of this litigation.

(4) The parties and their attorneys shall be permitted to use the PHI of **RICKY DEAN MARTIN** in the above-captioned litigation. This includes, but is not limited to, disclosure to the parties, their attorneys of record, the attorneys' firms (i.e., attorneys,

1

support staff, agents, and consultants), the parties' insurers, experts, consultants, court personnel, court reporters, copy services, trial consultants, jurors, venire members, and other entities involved in the litigation process.

(5) PHI shall be treated as confidential to the greatest extent possible. If it is necessary to attach PHI to a deposition transcript as an exhibit, the PHI will not lose its confidential protection. Rather, the PHI shall be identified in the record, placed in a sealed envelope, and attached to the original transcript. PHI shall not be filed with the Court until after the Court is consulted regarding whether or not the PHI shall be filed under seal. Prior to the trial of this matter, counsel for the parties shall seek the Court's guidance as to the conditions under which PHI may be used in connection with the trial of this matter.

(6) At the conclusion of the litigation as to any defendant (which shall be defined as the point at which final orders disposing of the entire case as to any defendant have been entered, or the time at which all trial and appellate proceedings have been exhausted as to any defendant), that defendant and any person or entity in possession of PHI received from that defendant pursuant to paragraph 4 of this order shall destroy any and all copies of PHI pertaining to **RICKY DEAN MARTIN** except: (a) a defendant who is no longer in the litigation may retain PHI generated by him/her/it; and (b) the remaining defendants in the litigation, and persons or entities receiving PHI from those defendants pursuant to paragraph 4 of this order, may retain PHI in their possession.

(7) This order does not authorize counsel to obtain medical records or information through any means other than in accordance with the discovery rules provided in the Federal Rules of Civil Procedure governing document requests, subpoenas, and depositions; pursuant to a patient authorization; or through attorney-client communications. Likewise, this order does not relieve any party from complying with the requirements of any state or federal law governing the confidentiality and/or use of medical records.

BY THE COURT:

*M. Casey Rodgers*
**M. CASEY RODGERS**
**United States Chief District Judge**